In the Matter of the Application of TOCH REALTY COMPANY and HENRY M. TOCH, President, Appellants, to Vacate and Suppress a Subpoena Issued by JAMES

A. HIGGINS, Commissioner of Accounts of the City of New York, Respondent.— Order denying appellants' motion to vacate *snbpœna duces tecum* reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Matter of Edge Ho Holding Corp.* (231 App. Div. 595), decided herewith. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.